IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELENA SAWN <br><br> Plaintiff, <br><br> v. <br><br> U.S. EQUITIES CORP., et al. <br><br> Defendant. | Case No. 1:14-cv-02064 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Elena Sawn, by her undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Respectfully submitted,  Dated: October 28, 2014

___/s/ Max F. Brauer___
Max F. Brauer, Esq.
The Law Offices of E. David Hoskins, LLC
16 E. Lombard Street, Ste. 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
*Attorneys for the Plaintiff*
*Elena Sawn*

1